UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 18-cr-10358-GAO-2 |
| | ) | |
| WAYNE O'KEEFE | ) | |

**<u>DEFENDANT'S SENTENCING MEMORANDUM</u>**

**LETTERS IN SUPPORT OF WAYNE O'KEEFE**

01-04-2020

To Whom It May Concern,

My name is Margie Harnois. I've known Wayne O'Keefe for four years. He does have a great heart. But he's also been in trouble a lot. I really think if it wasn't for his father abusing him he would of turned out a lot better. He couldn't talk to his mother about what happened cause his mother was diagnoised with cancer and that also took a tool on him. He has been in and out of jail and he relize his mistakes and he's really trying to have a better life. I only hope you'll see that he's done his time and give him a chance to prove that he can do better.

Thank You
Margie Harnois

To whom it May Concern:

Wayne O'Keefe is my cousin. I am quite concerned about his health and welfare, as he has been in and out of jail. I know he would have done better if his father hadn't molested him. It also a toll on him when his mother died from

cancer. He has no one but me as a native I know he knows he had made mistakes and I know he try hard to be Better

Thank You
Patricia Driscoll
20 Newhall Ave
Saugus ma
01906

Your Honor,

I would like the court and the victims to know I deeply regrete my actions.

I'm sorry for what I did and for any harm or fear I have cause the victims.

I have no right to put anyone in fear They were just working doing there Jobs. I acept full responcibilty for my actions.

I would like the court to know I'm working on myself to overcome the issues that have plagued me in life. I have always worked. I'm a union Bricklayer. I was working at Epoxie Systems Inc. I've always Held employment. So I believe I'll be able to atain employment when released. I will work to put my life together and refrain from the destructive life I've been living by seeking and continuing counselling and treatment because I know I need it both.

Wayne O'Keefe